THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
PATRICK FLANAGAN, Appellant.

*People* v. *Flanagan,* 22 App. Div. 516, affirmed.
(Argued March 2, 1899; decided March 24, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1897, affirming a judgment of the Westchester County Court entered upon a verdict convicting defendant of the crime of robbery in the first degree.

*John F. Brennan* for appellant.

*George C. Andrews, District Attorney,* for respondent.

Judgment affirmed on opinion below.
All concur.

---

NEW BRITAIN NATIONAL BANK, Appellant, *v.* A. B. CLEVELAND
COMPANY (LIMITED) et al., Respondents.

*New Britain Nat. Bank* v. *Cleveland Co.,* 91 Hun, 447, affirmed.
(Argued March 2, 1899; decided March 24, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered October 15, 1896, affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*C. Bainbridge Smith* for appellant.

*James Dunne* and *H. Aplington* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur.